MAE JOHNS ET AL. v. THE STATE.

No. 13412.   Delivered May 28, 1930.
Rehearing granted June 25, 1930.
Reported in 29 S. W. (2d) 758.

See, also, 29 S. W. (2d) 757.

The opinion states the case.

*Davenport & Crain,* of Wichita Falls, for appellants.

*A. A. Dawson,* State's Attorney, of Austin, for the State.

MARTIN, JUDGE.—It being now made to appear that waiver of the filing of briefs in the lower court were actually signed by ap-

pellants and appellee but inadvertently not shown here prior to the original submission, the order of dismissal heretofore entered is set aside and the case will be considered upon its merits.

The issues of law and fact are identical with those discussed in Mae Johns et al. v. State, No. 13411, opinion delivered June 18, 1930. For the reasons and under the authorities therein collated, the judgment is reversed and cause remanded.

*Reversed and remanded.*

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

### ON MOTION FOR REHEARING.

MARTIN, JUDGE.—This is an appeal from final judgment forfeiting bail bond entered by the District Court of Parker County.

In this character of case we follow the rule in civil cases. There is no showing in this record that a brief was filed in the trial court in accordance with Art. 2283, Revised Civil Statutes (1925). This has been many times held necessary to a consideration of an appeal from a judgment forfeiting a bail bond. Bratton et al. v. State, 4 S. W. (2nd) 562; Reddell v. State, 99 Tex. Crim. Rep. 230; Lewis v. State, 38 S. W. 205; Mayer v. State, 24 S. W. 408; Frost et al. v. State, 57 S. W. 669. See cases collated in Vernon's Ann. C. C. P., vol. 3, p. 311; also authorities cited in the cases above mentioned.

The appeal is dismissed.

*Dismissed.*

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.